# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 13-20470 JAD |
| JOSEPH FRIONI and<br>DIANE LEE FRIONI<br>    Debtors, | Chapter 11 |
| COMMONWEALTH OF<br>PENNSYLVANIA, PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>    Movants<br>  vs. | Hearing Date: December 17, 2013<br>Hearing Time: 10:00am<br><br>Related to Document No. 57<br>Document No. |
| JOSEPH FRIONI and<br>DIANE LEE FRIONI<br>    Respondents | |

**OBJECTION BY THE COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA DEPARTMENT OF REVENUE TO THE CONFIRMATION THE DEBTOR'S PLAN DATED SEPTEMBER 30, 2013.**

**AND NOW**, comes the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue by its Counsel, Senior Deputy Attorney General, Robert C. Edmundson, Office of Attorney General, and makes the following statement in support of its *Objection to the Confirmation of the Debtor's Plan Dated September 30, 2013.*

1. The Pennsylvania Department of Revenue is a party in interest having filed a Proof of Claim in the amount of $27,103.59 consisting of a priority claim of $18,771.74 and an unsecured claim of $8,331.85.

2. The Plan represents that the Debtors have the ability to pay the claim of the Pennsylvania Department of Revenue over 72 months and fails to provide for the payment of interest. This representation is contrary to 11 U.S.C. 1129 (a)(9)(c)

    which requires that priority claims be paid with interest within 60 months of the Petition Date.

3.    The Plan does not provide for the payment of the unsecured claim of the Pennsylvania Department of Revenue of $8,331.85 which claim is entitled to receive the same treatment afforded to the other unsecured claimants.

**WHEREFORE,** the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that the Plan dated September 30, 2013 not be confirmed.

                       Respectfully submitted,

                       KATHLEEN G. KANE
                       ATTORNEY GENERAL

By:    /s/ Robert C. Edmundson
       Robert C. Edmundson
       Senior Deputy Attorney General
       Office of Attorney General
       Manor Complex
       564 Forbes Avenue
       Pittsburgh, PA 15219
       (412) 565-2575
       PA Attorney I.D. # 23533
       Email: redmundson@attorneygeneral.gov